UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RACHEL CROWDUS and, <br> JOE CROWDUS, <br>     Plaintiff, <br> vs. <br> SCHNUCK MARKETS, INC., et al. <br>     Defendants. | Cause No.: 3:13-cv-207-RLY-WGH |

# CERTIFICATE OF SERVICE

The undersigned certifies that a true copy Defendant **C & E FARMS, INC.'s**

Responses to Plaintiff's First Requests for Admissions were sent via U.S. Mail, first class

postage prepaid, on this 4th day of April, 2014 to:

| | |
|---|---|
| **Meagan D. Rideout** <br> Rhine Ernest, L.L.P. <br> One Main Street, Suite 600 <br> Evansville, Indiana 47708 <br> mrideout@rhine-ernest.com <br> **ATTORNEY FOR PLAINTIFFS** | **Brent R. Weil** <br> **James B. Godbold** <br> Kightlinger & Gray, L.L.P. <br> 7311 Eagle Crest Boulevard <br> Evansville, Indiana 47715-8157 <br> bweil@k-glaw.com <br> jgodbold@k-glaw.com <br> **ATTORNEYS FOR RESER FINE FOODS, INC. & VAUGHAN FOODS, INC.** |
| **David T. Ahlheim** <br> **Justin C. Wilson** <br> Childress Ahlheim Cary, L.L.C. <br> 1010 Market Street, Suite 500 <br> St. Louis, Missouri 63101 <br> dahlheim@jchildresslaw.com <br> jwilson@jchildresslaw.com <br> **ATTORNEYS FOR VAUGHAN FOODS, INC.** | |

**Patrick A. Shoulders**
**Steven K. Hahn**
Ziemer Stayman Weitzel & Shoulders, L.L.P.
20 N. W. First Street, P.O. Box 916
Evansville, Indiana 47706
shahn@zsws.com
pshoulders@zsws.com

**Gerard T. Noce**
**Theodore J. MacDonald, Jr.**
**Matthew H. Noce**
Hepler Broom, L.L.C.
211 North Broadway, Suite 2700
St. Louis, Missouri 63102
gtn@heplerbroom.com
tjm@heplerbroom.com
mhn@heplerbroom.com

**ATTORNEYS FOR SCHNUCK MARKETS, INC.**

                        BY: __*/s/ Michael B. Knight*_____
                             **Michael B. Knight**, #28374-49
                             NATIONWIDE MUTUAL INSURANCE
                             COMPANY TRIAL DIVISION
                             11555 N. Meridian Street
                             Carmel, IN 46032
                             Phone:    (317) 569-9530
                             Fax:       (317) 569-0924
                             Email:     knightm5@nationwide.com


                             **DANNA MCKITRICK, P.C.**

                        BY: __*/s/ John F. Cooney*_____
                             **John F. Cooney** (Pro Hac Vice)
                             7701 Forsyth Blvd., Suite 800
                             St. Louis, Missouri  63105-3907
                             Phone:   (314) 726-1000
                             Fax:      (314) 725-6592
                             E-mail:   jcooney@dmfirm.com

                             **ATTORNEYS FOR DEFENDANT**
                             **C & E FARMS, INC. and**
                             **C.H. ROBINSON WORLDWIDE, INC.**
                             **d/b/a FOOD SOURCE MONTEREY**